**Ross A. FIORANI, Plaintiff–Appellant,**

and

**States Attorney Generals in: CA, OH, PA, MD, WVA, DE, NJ, NY, TN, NC, SC, and FL, Plaintiff,**

v.

**CHRYSLER GROUP, LLC; Dodge Corp.; TD Financial Group, LLC; Ally Financial Services, Defendants–Appellees.**

No. 14–1102.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Ross A. Fiorani, Jr., Appellant Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiorani v. Chrysler Grp., LLC,* No. 1:13–cv–00346–AJT–IDD (E.D.Va. Jan. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*